AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| Deutsche Bank Trust Co. Amercias, et al. <br> *Plaintiff* <br> v. <br> JANICE M. MCGURN, AS TRUSTEE OF THE TRUST BY JANICE M. MCGURN U/A DTD 09/22/1987 <br> *Defendant* | Civil Action No. 8:11-cv-1510 (AW) |

**WAIVER OF THE SERVICE OF SUMMONS**
FOR THE SECOND AMENDED COMPLAINT

To:  Anthony T. Pierce
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I understand that pursuant to this Court's Order, dated August 17, 2011, the time for Defendants to respond to the Complaint, as amended, or commence motions practice in this action was stayed until further order by the Bankruptcy Court for the District of Delaware, or further order of this Court, and as a result thereof, the parties I represent must file and serve an answer or a motion under Rule 12 pursuant to such further order(s).

Date:  10/24/2011

*Signature of the attorney or unrepresented party*

John Healey, As Trustee of the Grace Trust
*Printed name of party waiving service of summons*

Danny B. O'Connor
*Printed name*

Severn, O'Connor and Kresslein, P.A.
50 Carroll Creek Way, Suite 340
Frederick, Maryland 21701
*Address*

doconnor@fredericklaw.com
*E-mail address*

(301) 682-9840
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| Deutsche Bank Trust Co. Amercias, et al.<br>*Plaintiff*<br>v.<br>JANICE M. MCGURN, AS TRUSTEE OF THE TRUST BY JANICE M. MCGURN U/A DTD 09/22/1987<br>*Defendant* | Civil Action No. 8:11-cv-1510 (AW) |

## WAIVER OF THE SERVICE OF SUMMONS
FOR THE SECOND AMENDED COMPLAINT

To: Anthony T. Pierce
   *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I understand that pursuant to this Court's Order, dated August 17, 2011, the time for Defendants to respond to the Complaint, as amended, or commence motions practice in this action was stayed until further order by the Bankruptcy Court for the District of Delaware, or further order of this Court, and as a result thereof, the parties I represent must file and serve an answer or a motion under Rule 12 pursuant to such further order(s).

Date: 10/24/2011

*Danny B. O'Connor* (signature)
*Signature of the attorney or unrepresented party*

Duane Shelton Tydings, As Trustee of the Grace Trust
*Printed name of party waiving service of summons*

Danny B. O'Connor
*Printed name*

Severn, O'Connor and Kresslein, P.A.
50 Carroll Creek Way, Suite 340
Frederick, Maryland 21701
*Address*

doconnor@fredericklaw.com
*E-mail address*

(301) 682-9840
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| Deutsche Bank Trust Co. Amercias, et al.<br>*Plaintiff*<br>v.<br>JANICE M. MCGURN, AS TRUSTEE OF THE TRUST BY JANICE M. MCGURN U/A DTD 09/22/1987<br>*Defendant* | Civil Action No. 8:11-cv-1510 (AW) |

## WAIVER OF THE SERVICE OF SUMMONS
FOR THE SECOND AMENDED COMPLAINT

To: Anthony T. Pierce
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I understand that pursuant to this Court's Order, dated August 17, 2011, the time for Defendants to respond to the Complaint, as amended, or commence motions practice in this action was stayed until further order by the Bankruptcy Court for the District of Delaware, or further order of this Court, and as a result thereof, the parties I represent must file and serve an answer or a motion under Rule 12 pursuant to such further order(s).

Date: 10/24/2011

*Signature of the attorney or unrepresented party*

The Grace Trust
*Printed name of party waiving service of summons*

Danny B. O'Connor
*Printed name*

Severn, O'Connor and Kresslein, P.A.
50 Carroll Creek Way, Suite 340
Frederick, Maryland 21701
*Address*

doconnor@fredericklaw.com
*E-mail address*

(301) 682-9840
*Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.