# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

Deutsche Bank Trust Company Americas, et al.

           **Plaintiff(s)**

        v.

Janice M. McGurn, et al.

           **Defendant(s)**

Case No.: 8:11-cv-1510 (AW)

## AFFIDAVIT OF SERVICE

I, L H Ulrich, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

**DOCUMENT(S) SERVED:** Summons, Exhibit 1: Second Amended Complaint with Exhibit A: Notice of Filing of Document Under Seal and Amended Exhibit A

**SERVE TO:** Ellen J. Sutton

**SERVICE ADDRESS:** 4662 Willowgrove Drive, Ellicott City, Maryland 21042

**DATE SERVED:** October 24, 2011    **TIME SERVED:** 8:00 PM

**PERSON SERVED:** Ellen J. Sutton, personally

Described herein:
Gender: Female    Race/Skin: White    Hair: Gray    Age: 65    Height: 5'6"    Weight: 145

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

Executed on: 10/25/11

L H Ulrich
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 11-065606

Client Reference: 688922.0001 / BK