AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

| | |
|---|---|
| DEUTSCHE BANK TRUST CO. AMERICAS, et al.<br><br>*Plaintiff*<br>v.<br>JANICE M. MCGURN, AS TRUSTEE OF THE TRUST BY JANICE M. MCGURN U/A/ DTD 09/22/1987, et al.<br>*Defendant* | Civil Action No. 8:11-cv-1510 (AW) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FORE RESEARCH AND MANAGEMENT LP
2099 GAITHER ROAD, SUITE 501
ROCKVILLE, MD 20850

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Anthony T. Pierce
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
Telephone: (202) 887-4000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/13/11



r Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 8:11-cv-1510 (AW)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

\*   This summons for *(name of individual and title, if any)* Fore Research Management, LP
was received by me on *(date)* 10-19-11 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Ari Bernstein , who is
designated by law to accept service of process on behalf of *(name of organization)* Fore Research Management LP, 280 Park Avenue, NY, NY 10017 on *(date)* 10-19-11 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: October 24, 2011

_____
*Server's signature*

Jason Agee , Private Process Server
*Printed name and title*
Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

*Server's address*

Additional information regarding attempted service, etc:
\* with Exhibit a: Second Amended Complaint with Exhibit A: Notice of Filing of Document Under Seal and Amended Exhibit A

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

| | | |
|---|---|---|
| DEUTSCHE BANK TRUST CO. AMERICAS, et al. | ) | |
| _Plaintiff_ | ) ) ) | |
| v.<br>JANICE M. MCGURN, AS TRUSTEE OF THE TRUST BY JANICE M. MCGURN U/A/ DTD 09/22/1987, et al. | ) ) ) ) ) | Civil Action No. 8:11-cv-1510 (AW) |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ HUSSMAN STRATEGIC GROWTH FUND
5136 DORSEY HALL DR.
ELLICOTT CITY, MD 21042-7870

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Anthony T. Pierce
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
Telephone: (202) 887-4000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: 10/13/11



_Deputy Clerk_

(Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 8:11-cv-1510 (AW)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Hussman Strategic Growth Fund__

was received by me on *(date)* __Oct. 19, 2011__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __FRANK NEWBAUER, Esq.__, who is designated by law to accept service of process on behalf of *(name of organization)* __Hussman Strategic Growth Fund at 225 Pictoria Drive, Suite 450, Cincinnati, Ohio 45245__ on *(date)* __Oct. 20, 2011__ at 3:25PM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __Oct. 21, 2011__

_____
*Server's signature*

GARY U. NEVILLE, Process Server
*Printed name and title*

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050
*Server's address*

Additional information regarding attempted service. etc:
* with Exhibit 1: Second Amended Complaint with Exhibit A: Notice of Filing of Document Under Seal and Amended Exhibit A

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| DEUTSCHE BANK TRUST CO. AMERICAS, et al.<br><br>*Plaintiff*<br><br>v.<br>JANICE M. MCGURN, AS TRUSTEE OF THE TRUST BY JANICE M. MCGURN U/A/ DTD 09/22/1987, et al.<br><br>*Defendant* | Civil Action No. 8:11-cv-1510 (AW) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JANUS CAPITAL GROUP
2099 GAITHER ROAD, SUITE 501
ROCKVILLE, MD 20850

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Anthony T. Pierce
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
Telephone: (202) 887-4000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/13/11



*r Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 8:11-cv-1510 (AW)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Janus Capital Group c/o Corporation Service Company, Registered Agent</u>
was received by me on *(date)* <u>10-19-11</u> .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Kurt Plenden, Agent for Service</u>, who is designated by law to accept service of process on behalf of *(name of organization)* <u>Corporation Service Company at 1560 Broadway, Suite 2090, Denver, Colorado 80202</u> on *(date)* <u>10-21-11 at 11:36 a.m.</u> ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>0.00</u> .

I declare under penalty of perjury that this information is true.

Date: <u>10-21-11</u>

*Server's signature*

John Chely Process Server
*Printed name and title*

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050
*Server's address*

Additional information regarding attempted service, etc:
* with Exhibit 1, Second Amended Complaint with Exhibit A, Notice of Filing of Document Under Seal and Amended Exhibit A

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

DEUTSCHE BANK TRUST CO. AMERICAS, et al.  )
                                            )
        *Plaintiff*                         )
                                            )
            v.                              )   Civil Action No.  8:11-cv-1510 (AW)
JANICE M. MCGURN, AS TRUSTEE OF THE         )
TRUST BY JANICE M. MCGURN U/A/ DTD          )
09/22/1987, et al.                          )
        *Defendant*                         )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LACERA
                                      2099 GAITHER ROAD, SUITE 501
                                      ROCKVILLE, MD 20850

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Anthony T. Pierce
                                     AKIN GUMP STRAUSS HAUER & FELD LLP
                                     1333 New Hampshire Avenue, NW
                                     Washington, DC 20036
                                     Telephone: (202) 887-4000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  10/13/11



*r Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 8:11-cv-1510 (AW)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

\* This summons for *(name of individual and title, if any)*   Lacera

was received by me on *(date)*   10/18/11   .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   Albert Robles   , who is
designated by law to accept service of process on behalf of *(name of organization)*   Lacera @ 300 North Lake Pasadena, CA. 91101   on *(date)* 10/18/11  3:25 pm     ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 10/19/11                    _____
                                   *Server's signature*

                                   Carl Lundgren - Process Server
                                   *Printed name and title*

                                   Capitol Process Services, Inc.
                                   1827 18th Street, NW
                                   Washington, DC 20009
                                   (202) 667-0050
                                   *Server's address*

Additional information regarding attempted service, etc:
\* with Exhibit 1: Second Amended Complaint with Exhibit A: Notice of Filing of Document Under Seal and Amended Exhibit A

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| DEUTSCHE BANK TRUST CO. AMERICAS, et al. | ) | |
| Plaintiff | ) ) ) | |
| v. | ) | Civil Action No. 8:11-cv-1510 (AW) |
| JANICE M. MCGURN, AS TRUSTEE OF THE TRUST BY JANICE M. MCGURN U/A/ DTD 09/22/1987, et al. | ) ) ) ) | |
| Defendant | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LASERS
2099 GAITHER ROAD, SUITE 501
ROCKVILLE, MD 20850

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Anthony T. Pierce
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
Telephone: (202) 887-4000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/13/11



*r Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 8:11-cv-1510 (AW)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **LASERS** *

was received by me on *(date)* **10-19-11**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Demetria McKinsey, Administrative Asst.** who is designated by law to accept service of process on behalf of *(name of organization)* **LASERS at 8401 United Plaza Boulevard, Baton Rouge, Louisiana 70809** on *(date)* **10-19-11 at 11:20 a.m.** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **10-19-11**

_____
Server's signature

**Jeffery Brown, Process Server**
Printed name and title

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050
Server's address

Additional information regarding attempted service, etc:
* with Exhibit 1, Second Amended Complaint with Exhibit A, Notice of Filing of Document Under Seal and Amended Exhibit A

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

| | |
|---|---|
| DEUTSCHE BANK TRUST CO. AMERICAS, et al. )<br>_____ )<br>*Plaintiff* )<br>v. ) <br>JANICE M. MCGURN, AS TRUSTEE OF THE )<br>TRUST BY JANICE M. MCGURN U/A/ DTD )<br>09/22/1987, et al. )<br>_____ )<br>*Defendant* ) | Civil Action No. 8:11-cv-1510 (AW) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MAN MAC 1 LTD
2099 GAITHER ROAD, SUITE 501
ROCKVILLE, MD 20850

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Anthony T. Pierce
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
Telephone: (202) 887-4000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/13/11



*Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 8:11-cv-1510 (AW)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Man Mac 1, Ltd. c/o Fore Research Mgmnt, LP

was received by me on *(date)* 10-19-11 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Ari Bernstein , who is designated by law to accept service of process on behalf of *(name of organization)* Man Mac 1, Ltd. c/o Fore Research Management, LP 280 Park Avenue, NY, NY 10017 on *(date)* 10-19-11 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: October 24, 2011

_____
Server's signature

Jason Agee, Private Process Server
*Printed name and title*

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050
*Server's address*

Additional information regarding attempted service, etc:
* with Exhibit 1: Second Amended Complaint with Exhibit A: Notice of Filing of Document Under Seal and Amended Exhibit A

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| DEUTSCHE BANK TRUST CO. AMERICAS, et al. | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 8:11-cv-1510 (AW) |
| JANICE M. MCGURN, AS TRUSTEE OF THE TRUST BY JANICE M. MCGURN U/A/ DTD 09/22/1987, et al. | ) ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PENSION RESERVES INVESTMENT MANAGEMENT BOARD
2099 GAITHER ROAD, SUITE 501
ROCKVILLE, MD 20850

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Anthony T. Pierce
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
Telephone: (202) 887-4000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/13/11



*r Deputy Clerk*

Civil Action No. 8:11-CV-1510 (AW)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **PENSION RESERVES INVESTMENT MANAGEMENT BOARD** was received by me on *(date)* **10/19/2011**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **SAMANTHA WONG, EXECUTIVE ASSISTANT**, who is designated by law to accept service of process on behalf of *(name of organization)* **PENSION RESERVES INVESTMENT MANAGEMENT BOARD AT 84 STATE STREET, SUITE 250, BOSTON, MASSACHUSETTS 02109** on *(date)* **10/19/2011** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **10/19/2011**

*Server's signature*

**Thomas F. Cabral   Process Server**
*Printed name and title*

Capitol Process Services, Inc.
1827 18th St NW
Washington, DC 20009
*Server's address*

Additional information regarding attempted service, etc:

\* Served with Exhibit 1: Second Amended Complaint with Exhibit A: Notice of Filing of Document Under Seal and Amended Exhibit A