IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| _____ | ) | |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, et al., | ) ) ) | |
| Plaintiffs, | ) ) ) | Case No. 8:11-cv-1510 AW |
| v. | ) ) | |
| JANICE M. MCGURN, et al., | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter my appearance as counsel for ProShares Trust on behalf of named defendant ProShares Ultra S&P500 in the above-captioned matter.

Dated: November 4, 2011         Respectfully,

                                 /s/ Dennis J. Lawson
                                Dennis J. Lawson (I.D. No. 23851)
                                DECHERT LLP
                                1775 I Street, N.W.
                                Washington, DC 20006
                                Telephone:   (202) 261-3300
                                Facsimile:   (202) 261-3333

                                *Counsel for ProShares Trust*

## CERTIFICATE OF SERVICE

I, Dennis J. Lawson, hereby certify that on November 4, 2011, I caused the foregoing Notice of Entry of Appearance to be electronically served via the Court's CM/ECF system upon all counsel of record.

*/s/ Dennis J. Lawson*