

**Eric Naumburg**
**6163 Devon Drive**
**Columbia, MD 21044-3821**
**410-992-0461**

November 4, 2011

Clerk of U.S. District Court of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770

Re: Civil Docket #: 8:11-cv-01510-AW
Deutsche Bank Trust Company Americas et al v. McGurn et al

Dear Sir:

It is my understanding that this case is currently stayed pending a plan of reorganization in the underlying case in the United States Bankruptcy Court for the District of Delaware. Thus, no filing is due at this time by us.

I would also like to assert that we should be taken off this case because the statute of limitations has run out.

Sincerely,

Eric G. Naumburg

Rebecca A Zeligman

Naumburg Family, LLC,

Eric Naumburg and Rebecca Zeligman, Co-Managers.

cc: Anthony T. Pierce