**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **DEUTSCHE BANK TRUST** : | |
| **COMPANY AMERICAS,** *et. al.* : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| v. : | Case No. 8:11-cv-01510 |
| : | |
| **JANICE M. MCGURN, TRUSTEE,** *et. al.* : | |
| : | |
| **Defendants.** : | |

## ENTRY OF APPEARANCE

The Clerk of the Court will please enter the appearance of Rena Schild as counsel for defendant Bresler Family Investors, L.L.C.

_____/s/_____
Rena Schild #4515
Musolino & Dessel PLLC
1615 L Street, NW, Suite 440
Washington, DC 20036
Phone:  (202) 466-3883
Fax:     (202) 775-7477
Email:  rschild@musolinoanddessel.com

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing was sent by the Court's electronic filing system this 9th of November 2011 to all counsel of record.

_____/s/_____
Rena Schild