**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **DEUTSCHE BANK TRUST** :<br>**COMPANY AMERICAS,** *et. al.* :<br>    :<br>    **Plaintiffs,**  :<br>    :<br>    v.   :<br>    :<br>**JANICE M. MCGURN, TRUSTEE,** *et. al.* :<br>    :<br>    **Defendants.**  : | Case No. 8:11-cv-01510 |

**NOTICE AND SUGGESTION OF DEATH**

Defendant Bresler Family Investors, L.L.C., by and through undersigned counsel, hereby notes and suggests on the record pursuant to Federal Rule of Civil Procedure 25(a) the death, on October 22, 2010, of Defendant Charles S. Bresler.  *See* Estate of Charles S. Bresler, Estate No. W66983 (MD, Montgomery County).

Dated:  November 9, 2011

                                        Respectfully submitted,

                                        _____/s/_____

                                        Rena Schild #4515
                                        Musolino & Dessel PLLC
                                        1615 L Street, NW, Suite 440
                                        Washington, DC 20036
                                        Phone:  (202) 466-3883
                                        Fax:     (202) 775-7477
                                        Email:  rschild@musolinoanddessel.com


**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing was sent by the Court's electronic filing system this 9th of November 2011 to all counsel of record.

                                        _____/s/_____
                                          Rena Schild