# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for the PHONES Notes, <br><br> Plaintiffs, <br><br> v. <br><br> JANICE M. MCGURN, AS TRUSTEE OF THE TRUST BY JANICE M. MCGURN U/A DTD 09/22/1987, et al., <br><br> Defendants. | Case No. 8:11-cv-1510 (AW) |

## NOTICE OF DISMISSAL

Plaintiffs Deutsche Bank Trust Company Americas in its capacity as successor indenture trustee for a certain series of Senior Notes ("DBTCA"), Law Debenture Trust Company of New York, in its capacity as successor indenture trustee for a certain series of Senior Notes ("Law Debenture"), and Wilmington Trust Company, in its capacity as successor indenture trustee for the PHONES Notes ("Wilmington Trust" and, together with DBTCA and Law Debenture, "Plaintiffs"), through Plaintiffs' undersigned counsel, hereby notice the dismissal of Defendant J. Michael Schaefer from this action pursuant to Federal Rule of Civil Procedure 41(a)(1) or alternatively Federal Rule of Civil Procedure 21. This dismissal is without prejudice.

Dated:  November 18, 2011               Respectfully submitted,


      /s/ Anthony T. Pierce
Anthony T. Pierce, Esq. (D. Md. Bar No. 13321)
Jonah E. McCarthy, Esq. (D. Md. Bar No. 18223)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
E-mail: apierce@akingump.com
       jmccarthy@akingump.com

and

Daniel H. Golden, Esq. (*pro hac vice*)
David M. Zensky, Esq. (*pro hac vice*)
Mitchell Hurley, Esq. (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email:  dgolden@akingump.com
       dzensky@akingump.com
       mhurley@akingump.com

## CERTIFICATE OF SERVICE

     I hereby certify that on November 18, 2011, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record who have appeared in this case.  And I hereby certify that in the case of defendants for whom counsel has not yet appeared, a copy of the foregoing will be sent via first class mail to the defendants at their last known address.

Dated:  November 18, 2011        Respectfully submitted,

        /s/ Anthony T. Pierce
Anthony T. Pierce, Esq. (D.Md. Bar No. 13321)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
E-mail: apierce@akingump.com