## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

DEUTSCHE BANK TRUST CO., et. al.          *

         vs.          *          Case No. 8:11-cv-01510

McGurn, et. al          *

                                   ******

## DISCLOSURE OF CORPORATE INTEREST

*Check all that apply:*

☒    I certify, as party/counsel in this case that Bresler Family Investors, LLC
                                              (name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.)

☐    The following corporate affiliations exist with _____:
                                                   (name of party)

                                (names of affiliates)
☐    The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

                         (names of entities with possible financial interests)

11/18/2011 _____          _____
*Date*          *Signature*

Rena K. Schild          4515
*Printed Name*          *Bar Number*

1615 L Street, NW, Suite 440
*Address*

Washington, DC 20036
*City/State/Zip*

(202) 466-3883          (202) 775-7477
*Phone No.*          *Fax No.*