## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**DEUTSCHE BANK TRUST CO., et. al.**

*Plaintiff*

V.                          Civil Action No. 8:11-cv-1510 (AW)

**PHONOVISUAL PRODUCTS, INC.,**
a Corporation;

*Defendant*

## MOTION TO DISMISS

The defendant PHONOVISUAL PRODUCTS, INC., by and through its attorneys,

Dennis M Ettlin and Brown and Sturm, moves to dismiss this Complaint as to this defendant,

pursuant to Fed. R. Civ. P. 12 (b). In support of this motion, the defendant says that the

plaintiff:

1.      This Court lacks subject matter jurisdiction;

2.      The Plaintiff lacks personal jurisdiction over this defendant;

3.      This is not the proper venue for this action;

4.      Service of process on this defendant is insufficient;

5.      The plaintiff's claim fails to state a claim upon which relief can be granted.

Respectfully submitted,

BROWN AND STURM

By:_____s/_____
Dennis M. Ettlin
260 East Jefferson Street
Rockville, Maryland 20850
(301) 762-2555
Attorneys for Defendant
Phonovisual Products, Inc.

CERTIFICATE OF MAILING

I CERTIFY that on this 21 day of November, 2011, I mailed a copy of this Motion to Dismiss to each of the following as counsel for the Plaintiff by first class mail postage prepaid at 1333 New Hampshire Avenue, N.W. Washington, D.C. 20036; and by electronic delivery to the United States District Court for the District of Maryland:

AKIN GUMP STRAUSS HAUER & FELD LLP
Anthony T. Pierce, Esq.(D. Md. Bar No. 13321)
Jonah E. McCarthy, Esq. (D. Md. Bar No. 18223)
Daniel H. Golden, Esq. (admitted pro hac vice)
David M. Zensky, Esq. (admitted pro hac vice)
Stephen M. Baldini, Esq. (admitted pro hac vice)
Mitchell P. Hurley, Esq. (admitted pro hac vice)
Deborah J. Newman, Esq. (pro hac vice)

_____s/_____
Dennis M. Ettlin

2