IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**DEUTSCHE BANK TRUST CO., et. al.**

    *Plaintiff*

    V.                      Civil Action No. 8:11-cv-1510 (AW)

**THE REX STURM TRUST,**
a Trust Entity; et. al.

    *Defendant*

## MOTION TO DISMISS

The defendant THE REX L. STURM TRUST by and through its attorneys, Dennis M Ettlin and Brown and Sturm, moves to dismiss this Complaint as to this defendant, pursuant to Fed. R. Civ. P. 12 (b). In support of this motion, the defendant says that the plaintiff:

1. This Court lacks subject matter jurisdiction;

2. The Plaintiff lacks personal jurisdiction over this defendant;

3. This is not the proper venue for this action;

4. Service of process on this defendant is insufficient;

5. The plaintiff's claim fails to state a claim upon which relief can be granted.

Respectfully submitted,

BROWN AND STURM


By:____s/_____
Dennis M. Ettlin
260 East Jefferson Street
Rockville, Maryland 20850
(301) 762-2555
Attorneys for Defendants
Rex L. Sturm, The Rex L. Sturm
Trust; and Phonovisual, Inc.

## CERTIFICATE OF MAILING

I CERTIFY that on this _21_ day of November, 2011, I mailed a copy of this Motion to Dismiss to each of the following as counsel for the Plaintiff by first class mail postage prepaid at 1333 New Hampshire Avenue, NW Washington, DC 20036:


AKIN GUMP STRAUSS HAUER & FELD LLP
Anthony T. Pierce, Esq.(D. Md. Bar No. 13321)
Jonah E. McCarthy, Esq. (D. Md. Bar No. 18223)
Daniel H. Golden, Esq. (admitted pro hac vice) David M.
Zensky, Esq. (admitted pro hac vice) Stephen M. Baldini, Esq.
(admitted pro hac vice) Mitchell P. Hurley, Esq. (admitted pro
hac vice) Deborah J. Newman, Esq. (pro hac vice)


_____s/_____
Dennis M. Ettlin