IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **DEUTSCHE BANK TRUST** : | |
| **COMPANY AMERICAS,** *et. al.* : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| v. : | Case No. 8:11-cv-01510 |
| : | |
| **JANICE M. MCGURN, TRUSTEE,** *et. al.* : | |
| : | |
| **Defendants.** : | |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, RENA SCHILD, am a member in good standing of the bar of this Court. My bar number is 04515. I move for the admission of PHILIP M. MUSOLINO to appear *pro hac vice* in this case as counsel for BRESLER FAMILY INVESTORS, LLC.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland.

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

**State Court & Date of Admission**

| | |
|---|---|
| District of Columbia | 12/17/1979 |
| Illinois (currently inactive) | 11/03/1980 |

**U.S. Court & Date of Admission**

| | |
|---|---|
| The United States Supreme Court | 08/25/2003 |
| The United States Court of Appeals for the District of Columbia Circuit | 07/30/1980 |
| The United States Court of Appeals for the Second Circuit | 11/04/2010 |
| The United States Court of Appeals for the Third Circuit | 04/17/2006 |
| The United States Court of Appeals for the Fourth Circuit | 11/08/2007 |
| The United States Court of Appeals for the Seventh Circuit | 04/08/2009 |
| The United States Court of Appeals for the Ninth Circuit | 01/16/2008 |

| | |
|---|---|
| The United States Court of Appeals for the Federal Circuit | 02/28/2003 |
| The United States District Court for the District of Columbia | 04/07/1980 |
| The United States District Court for the Northern District of Illinois | 06/06/2008 |
| The United States Court of Federal Claims | 01/30/1997 |

      3.      The proposed admittee was admitted *pro hac vice* to this court on June 30, 2010 in Bresler v. Wilmington Trust Co., *et.al.* (2009 CV 02957). That case is still pending.

      4.      The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

      5.      The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

      6.      The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

      7.      The undersigned movant is a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

      8.      The $50.00 fee for admission *pro hac vice* is enclosed.

      9.      On November 21, 2011 undersigned movant notified all counsel of record by email that the instant motion would be filed today, and sought consent thereto. Counsel for plaintiffs, counsel for defendant Elizabeth Mize Elicker Rev Tr-Pl and counsel for defendant MTB Mid-Cap Stock Fund provided consent. Counsel for defendant State Retirement and Pension System of Maryland-SRS indicated a lack of objection. No other counsel responded by the time of filing of this motion.

      10.      We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Rena Schild #04515 | Philip M. Musolino |
| Musolino & Dessel PLLC | Musolino & Dessel, PLLC |
| 1615 L Street, NW, Suite 440 | 1615 L Street, NW, Suite 440 |
| Washington, DC 20036 | Washington, DC 20036 |
| Phone: (202) 466-3883 | Phone: (202) 466-3883 |
| Fax: (202) 775-7477 | Fax: (202) 775-7477 |
| Email: RSchild@musolinoanddessel.com | Email: PMusolino@musolinoanddessel.com |

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing was served via the court's electronic filing system on all counsel of record on November 22, 2011.

_____/s/_____
Rena Schild

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **DEUTSCHE BANK TRUST** | : | |
| **COMPANY AMERICAS,** *et. al.* | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | Case No. 8:11-cv-01510 |
| | : | |
| **JANICE M. MCGURN, TRUSTEE,** *et. al.* | : | |
| | : | |
| **Defendants.** | : | |

**[PROPOSED] ORDER**

The Motion for Admission *Pro Hac Vice* filed by Rena Schild moving the admission of Philip M. Musolino is hereby GRANTED.

IT IS THEREFORE ORDERED that Philip M. Musolino is admitted *Pro Hac Vice* to appear before this Court in this matter.


Dated: _____, 2011           _____
                                            Judge, United States District Court