AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 8:11-cv-1510 (AW)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   PROSPECTOR PARTNERS LLC

was received by me on *(date)*   10/20/2011

☒ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*   Mary Foran, Information Specialist   , who is designated by law to accept service of process on behalf of *(name of organization)*   Prospector Partners LLC c/o CT Corporation System   on *(date)*   10/20/11   ; or
One Corporate Center, 11 Fl, Hartford, CT 06103     12:13 PM

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00  .

I declare under penalty of perjury that this information is true.

Date:   10/21/11

_____
Server's signature

Christine Foran, Private Process Server
Printed name and title
Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

Server's address

Additional information regarding attempted service, etc:

* with Exhibit 1, Second Amended Complaint with Exhibit A, Notice of Filing of Document Under Seal and Amended Exhibit A