**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
OFFICE OF THE CLERK

Felicia C. Cannon, Clerk                                   Reply to Southern Division Address
Jarrett B. Perlow, Chief Deputy
Elizabeth B. Snowden, Chief Deputy

November 30, 2011

8:11–cv–01510–AW
Deutsche Bank Trust Company Americas et al v. McGurn et al

Dear Counsel,

The Clerk received your Motion for Admission Pro Hac Vice for Philip M. Musolino. Upon reviewing the motion, we noticed the signature of the attorney(s) checked below was incorrect:

[ ]   Movant

[x]   Proposed admittee

Signatures of attorneys must either be handwritten or meet the requirements in the "signature" section of our civil procedures manual. (You may go to our website at www.mdd.uscourts.gov to access the manual.)

To file a revised motion without paying the fee a second time, please do the following:
1. Go to the Court's website at www.mdd.uscourts.gov
   to obtain the Motion for Admission Pro Hac Vice form.
2. Prepare the motion with all required information.
3. Since the revised motion will be filed by the Court, **handwritten signatures by both attorneys** are needed.
4. E–mail the PDF version of the revised motion to:
   MDD_Attyadmissions@mdd.uscourts.gov
   (this will prevent you from having to pay the fee again).

When the new motion is received via e–mail, it will be filed by the court, reviewed, and a ruling will be issued. In the meantime, the existing motion will be terminated and marked "Filed in error."

Very truly yours,

_____/s/_____
Felicia C. Cannon
Clerk, U.S. District Court
District of Maryland
prepared by: Nadine Mitter