IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, *et al.*, | * * * | |
| Plaintiffs, | * * | Civil Action No. 8:11-CV-1510-AW |
| vs. | * | |
| JANICE M. MCGURN, *et al.*, | * * | |
| Defendants. | * * | |

* * * * * * * * * * * * * * * * * * * * * *

**ENTRY OF APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter the appearance of Jerrold A. Thrope and Valerie L. Albrecht as counsel in this case for Defendants, Alex Damian Blum UGMA MD, Ari Daniel Blum UGMA MD, Leonor Blum, as Custodian of Alex Damian Blum UGMA MD, Leonor Blum, as Custodian of Ari Daniel Blum UGMA MD, and Leonor Blum.

I certify that I am admitted to practice in this court.

Respectfully submitted,

Date: December 8, 2011

_____
Jerrold A. Thrope (Bar No.: 01376)
Valerie L. Albrecht (Bar No.: 28556)
GORDON, FEINBLATT, ROTHMAN,
 HOFFBERGER & HOLLANDER, LLC
233 East Redwood Street
Baltimore, Maryland 21202
(410) 576.4295
(410) 576.4269 (Fax)

*Attorneys for Defendants, Alex Damian Blum UGMA MD, Ari Daniel Blum UGMA MD, Leonor Blum as Custodian for Alex Damian Blum UGMA MD, Leonor Blum as Custodian for Ari Daniel Blum UGMA MD, and Leonor Blum*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of December, 2011, a copy of the foregoing was served via electronic means on all parties appearing in this action and mailed first-class, postage prepaid, to:

Janice M. McGurn, as Trustee of u/a
DTD 9/22/87 by Janice M. McGurn
5229 Duvall Drive
Bethesda, MD 20816-1874

Trust by Janice McGurn u/a/ DTD 9/22/1987
5229 Duvall Drive
Bethesda, MD 20816-1875

John Doe, as Trustee of the
Alaska CTF Large Cap Trust
100 East Pratt Street
Baltimore, MD 21202

Richard M. Basoco
1706 South Road
Baltimore, MD 21209

Caryl W. Basoco
1706 South Road
Baltimore, MD 21209

John Doe, as Trustee of the John D. Lane
Revocable Trust u/a DTD 9/19/96
P.O. Box 1596
Baltimore, MD 21203

Security Global Investors-Rydex/SGI
805 King Farm Blvd. Suite 600
Rockville, MD 20850

Charles Bresler
11200 Rockville Pike, Suite 502
Rockville, MD 20852

Brown Investment Advisory & Trust Co.
901 South Bond Street, Suite 400
Baltimore, MD 21231-3340

Nancy Trohan Dollar
9337 Kilimanjaro Road
Columbia, MD 21045

Gemgroup
6009 Oxon Hill Road, Suite #416
Oxon Hill, MD 20745

John D. Lane Revocable Trust u/a DTD 9/19/96
P.O. Box 1596
Baltimore, MD 21203

John Doe, as Administrator of Mid-Atlantic
Regional Council of Carpenters Pension Plan
6009 Oxon Hill Road, Suite 416
Oxon Hill, MD 20745

Rydex Series Funds Multi-Hedge Strategies
Fund
805 King Farm Blvd., Suite 600
Rockville, MD 20850

2049561.1 11723/052992 12/08/2011

Rydex Series Funds S&P 500 Pure Value Fund
805 King Farm Blvd., Suite 600
Rockville, MD 20850

Rydex Variable S&P 500 Pure Value Fund
805 King Farm Blvd., Suite 600
Rockville, MD 20850

Rydex Variable Trust Multi-Hedge Strategies Fund
805 King Farm Blvd., Suite 600
Rockville, MD 20850

Lasers
2099 Gaither Road, Suite 501
Rockville, MD 20850

Huntington
2099 Gaither Road, Suite 501
Rockville, MD 20850

Schaefer-Nevada, Inc.
1101 Saint Paul St., #1605
Baltimore, MD 21202

Fore Research and Management LP
2099 Gaither Road, Suite 501
Rockville, MD 20850

Patricia J. Shand
3290 N. Ridge Road, Suite 210
Ellicott City, MD 21043

State Street Global Advisors
2099 Gaither Road, Suite 501
Rockville, MD 20850

Ellen J. Sutton
4662 Willowgrove Drive
Ellicott City, MD 21043

Miliken Stock Fund (7R)
100 East Pratt Street
Baltimore, MD 21202

John F. Patinella
102 White Magnolia Way
Marietta, SC  29661-5122

Institutional Shareholder Services, Inc.
2099 Gaither Road, Suite 501
Rockville, MD 20850

Janus Capital Group
2099 Gaither Road, Suite 501
Rockville, MD 20850

Prospector Partners, LLC
2099 Gaither Road, Suite 501
Rockville, MD 20850

LSV Asset Management
2099 Gaither Road, Suite 501
Rockville, MD 20850

Lacera
2099 Gaither Road, Suite 501
Rockville, MD 20850

Pension Reserves Investment Management Board
2099 Gaither Road, Suite 501
Rockville, MD  20850

Northern Trust Value Investors, a Division of Northern Trust Investments, Inc. f/k/a Northern Trust Investments, N.A.
2099 Gaither Road, Suite 501
Rockville, MD 20850

Northern Trust Investments, Inc. f/k.a Northern Trust Investments, N.A.
2099 Gaither Road, Suite 501
Rockville, MD 20850

John Doe, as Trustee of the T. Rowe Price
Structured Research Common Trust Fund
100 East Pratt Street
Baltimore, MD 21202

Hussman Econometrics Advisors, Inc.
5136 Dorsey Hall Drive
Ellicott City, MD 21042-7870

Hussman Strategic Growth Fund
5136 Dorsey Hill Drive
Ellicott City, MD 21043

WPG Ericott Merger Arbitrage Overseas LP
2099 Gaither Road, Suite 501
Rockville, MD 20850

Principal Variable Contracts Funds Inc.
Large Cap Blend Account II
300 East Lombard Street
Baltimore, MD 21202-3219

Rebecca Ann Zeligman
6163 Devon Drive
Columbia, MD 21044

Man Mac 1 Ltd.
2099 Gaither Road, Suite 501
Rockville, MD 20850

J. Michael Schaefer
1101 Saint Paul St., #1605
Baltimore, MD 21202

John Does 1-10, as Trustees of National
Automatic Sprinkler Industry Pension Fund
8000 Corporate Drive
Landover, MD 20785

Naumburg Family, LLC
6163 Devon Drive
Columbia, MD 21044

Eric G. Naumburg
6163 Devon Drive
Columbia, MD 21044

_____
Jerrold A. Thrope