AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

DEUTSCHE BANK TRUST CO. AMERICAS, et al.

*Plaintiff*

v.

JANICE M. MCGURN, AS TRUSTEE OF THE TRUST BY JANICE M. MCGURN U/A/ DTD 09/22/1987, et al.

*Defendant*

Civil Action No.  8:11-cv-1510 (AW)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NORTHERN TRUST INVESTMENTS, INC. F/K/A NORTHERN TRUST INVESTMENTS, N.A.
2099 GAITHER ROAD, SUITE 501
ROCKVILLE, MD 20850

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Anthony T. Pierce
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
Telephone: (202) 887-4000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  10/13/11



*r Deputy Clerk*

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
-----------------------------------------------------------X
DEUTSCHE BANK TRUST CO. AMERICAS;
ET AL.,

                            Plaintiff(s),

-against-

JANICE M. MCGURN, AS TRUSTEE OF THE
TRUST BY JANICE M. MCGURN U/A/DTD
09/22/1987; ET AL.,

                            Defendant(s).
-----------------------------------------------------------X

Civil Action No. 8-11-cv-1510

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                           s.s :
COUNTY OF NEW YORK  )

    JASON AGEE, being duly sworn, deposes and says that he is an agent of CAPITOL PROCESS SERVICES, INC., is over the age of eighteen years and is not a party to the action.
    That on the 7th day of November, 2011, at approximately 11:25 a.m., deponent served a true copy of the **Summons in a Civil Action; Exhibit 1; Second Amended Complaint and Exhibits** upon Northern Trust Investments Inc. f/k/a Northern Trust Investments N.A. c/o C.T. Corporation Systems-Registered Agent at 111 Eighth Avenue, New York, New York 10011 by personally delivering and leaving the same with Aixa Flores, Process Specialist, who is authorized by appointment to accept service.
    Aixa Flores is an olive-skinned Hispanic female, approximately 48 years of age, is approximately 5 feet and 4 inches tall, weighs approximately 120 pounds, with medium length black hair and dark eyes and was wearing glasses.

Sworn to before me this
8th day of November, 2011

NOTARY PUBLIC, STATE OF NEW YORK
MICHAEL J. KEATING
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2014

JASON AGEE #1196790
Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050