IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, *et al.* | * |
| | * |
| Plaintiffs | * |
| v. | *   Civil Action No. 8:11-CV-1510-AW |
| JANICE M. MCGURN, *et al.* | * |
| | * |
| Defendants | * |

## **ORDER**

Upon consideration of the Motion for Relief from Stay and for Leave to File Motion to Dismiss filed by defendant the Maryland State Retirement and Pension System ("MSRPS"), and any opposition thereto, it is hereby

ORDERED, that said Motion be, and the same is, GRANTED, and

FURTHER ORDERED, that the Court's Order granting the Amended Motion to Stay is modified and the stay is lifted to the extent that MSRPS may file a Motion to Dismiss as set forth in its Motion for Relief from Stay and for Leave to File Motion to Dismiss.

_____
United States District Judge

Dated:_____