**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for the PHONES Notes, | : : : : : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Case No. 8:11-cv-1510 (AW) |
| JANICE M. MCGURN, AS TRUSTEE OF THE TRUST BY JANICE M. MCGURN U/A DTD 09/22/1987, et al., | : : : : | |
| Defendants. | : | |

**NOTICE OF DISMISSAL**

Plaintiffs Deutsche Bank Trust Company Americas in its capacity as successor indenture trustee for a certain series of Senior Notes ("DBTCA"), Law Debenture Trust Company of New York, in its capacity as successor indenture trustee for a certain series of Senior Notes ("Law Debenture"), and Wilmington Trust Company, in its capacity as successor indenture trustee for the PHONES Notes ("Wilmington Trust" and, together with DBTCA and Law Debenture, "Plaintiffs"), through Plaintiffs' undersigned counsel, hereby notice the dismissal of Defendants Eric G. Naumburg and Rebecca Ann Zeligman from this action pursuant to Federal Rule of Civil Procedure 41(a)(1) or alternatively Federal Rule of Civil Procedure 21.  This dismissal is without prejudice.

Dated: December 16, 2011       Respectfully submitted,


      /s/ Anthony T. Pierce

Anthony T. Pierce, Esq. (D. Md. Bar No. 13321)
Jonah E. McCarthy, Esq. (D. Md. Bar No. 18223)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
E-mail: apierce@akingump.com
      jmccarthy@akingump.com

and

Daniel H. Golden, Esq. (*pro hac vice*)
David M. Zensky, Esq. (*pro hac vice*)
Mitchell Hurley, Esq. (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: dgolden@akingump.com
      dzensky@akingump.com
      mhurley@akingump.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2011, I will electronically file the foregoing with the Clerk

of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all

counsel of record who have appeared in this case.


Dated:  December 16, 2011                    Respectfully submitted,


       /s/ Anthony T. Pierce
Anthony T. Pierce, Esq. (D. Md. Bar No. 13321)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
E-mail: apierce@akingump.com